In the Matter of the Application of JOSEPH M. ROTHSCHILD to Compel VICTOR ROUDIN, an Attorney at Law of the State of New York, to Turn over Certain Moneys Wrongfully Withheld.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon

appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.